

# Burnet County Public Defender's Office

1008 N. Water St. Burnet, Texas 78611  (512) 234-3061  FAX (512) 234-3579

FILED
April 17, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

15 April 2015

COURT OF APPEALS
THIRD DISTRICT OF TEXAS
PO BOX 12547
AUSTIN, TX 78711-2547

     RE:   03-15-00212-CR
           Michael Jude Pirie v. The State of Texas

Dear Office of the Clerk:

Thank you again for your previous assistance this past week. Since I last wrote we have filed and the District Court has granted a motion withdrawing us from representation and allowing Mr. Pirie to proceed pro se. I have included a copy of this order. Please feel free to reach me at 512 234 3077 (office) or 214 566 5635 (cell).

Sincerely,

Nathan Kight

c/c

     Michael Pirie
     TDCJ No. 0198 2650
     Holliday Unit
     295 IH-45 North
     Huntsville, TX 77320-8443



RECEIVED
APR 1 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

CAUSE NO. 40555

| THE STATE OF TEXAS | § | IN THE 33ʳᵈ/ 424ᵀᴴ JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT |
| | § | |
| MICHAEL JUDE PIRIE | § | BURNET COUNTY, TEXAS |

## ORDER

BE IT REMEMBERED, that on the 9ᵀᴴ day of ~~March~~ April, 2015, came on to be considered the above and foregoing *Motion to Withdraw* by Defendant's Attorney. After consideration of the same, it is the opinion of the Court that the same be:

( ) DENIED.

(X) GRANTED, IT IS ORDERED, ADJUDGED AND DECREED, that the said Attorney, NATHAN KIGHT, BURNET COUNTY PUBLIC DEFENDER'S OFFICE, shall be allowed to withdraw as counsel, and is hereby relieved of any further duty, obligation or responsibility to Defendant herein: ~~MICHAEL JUDE PIRIE~~ and ~~Attorney,_____, be appointed to represent the Defendant who has previously been determined indigent~~ OR MICHAEL JUDE PIRIE is allowed to proceed pro se. as evidenced by his recent filing of Notice of Appeal and Brief.

SIGNED: _April 9_, 2015.

_____
Judge Presiding

RECEIVED
APR 1 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE


CASIE WALKER, DISTRICT CLERK
JM
FILED
APR - 9 2015
11:35 AM PM
BURNET COUNTY, TEXAS



## Burnet County
## Public Defender's Office

Burnet County
1008 N. Water · Burnet, TX 78611



UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0003153866
$ 000.48⁰
APR 15 2015
MAILED FROM ZIP CODE 78611

Court of Appeals
Office Of The Clerk
Third District Of Texas
PO Box 12547
Austin, TX 78711-2547

7871132547